UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Office of Diaz & Associates, P.A.
Adrian J. Johnson, Esquire
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054

In Re:

Wilson Guzman

Case No.: 22-100622

Chapter: 13

Adv. No.: _____

Hearing Date: 4/20/2022

Judge: CMG

## CERTIFICATION OF SERVICE

1. I, __Adrian Johnson, Esquire__ :

    ☒ represent __the Debtor__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __March 28, 2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion to Vacate Dismissal of Case and Certification in Support of Motion to Vacate Dismissal.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: March 28, 2022

/S/ Adrian J. Johnson, Esquire
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo, Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853<br>Email: docs@russotrustee.com | Chapter 13 Trustee | ☒ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kondaur Capital Corporation<br>c/o KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>E-mail: dcarlon@kmllawgroup.com | Lender's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other e-mail<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Kondaur Capital Corp<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eurka, CA 95501<br>E-Mail: bknotices@snsc.com | Lender's Servicer | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Nissan-Infiniti LT<br>Po Box 9013<br>Addison, TX 75001<br>E-mail: POCInquiries@bonialpc.com | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other email<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TD Bank, N.A.<br>Attn: Bankruptcy<br>32 Chestnut Street Po Box 1377<br>Lewiston, ME 04243 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Case 22-10062-CMG    Doc 30    Filed 03/28/22    Entered 03/28/22 20:20:52    Desc Main
Document    Page 3 of 3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| First Credit Services<br>Attn: Bankruptcy<br>Po Box 55  3 Skiles Ave<br>Piscataway, NJ 08855 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Motion Federal Cu<br>360 N. Wood Ave<br>Linden, NJ 07036 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Remex Inc<br>Attn: Bankruptcy<br>Po Box 765<br>Rocky Hill, NJ 08553 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| I C System<br>Attn: Bankruptcy<br>444 Highway 96 East<br>Saint Paul, MN 55127 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*